UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                :

DANIEL ZARABI, *individually and on behalf of all others similarly situated*,     :

                                                :      20-CV-7926 (JMF)

                 Plaintiff,                    :

                                                :      <u>ORDER REGARDING</u>
            -v-                                :      <u>NOTICE TO PURPORTED</u>
                                                :      <u>PLAINTIFF CLASS</u>
GOLAR LNG LIMITED, *et al.*,                   :      <u>MEMBERS</u>

                 Defendants.            :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 24, 2020, Plaintiff filed a putative class action on behalf of persons and entities that purchased or otherwise acquired Golar LNG Limited securities between April 30, 2020, and September 24, 2020.  Docket No. 1. ("Compl."), ¶ 1.  The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than October 19, 2020**, Plaintiff shall advise the Court in writing of the date and manner in which he published this notice.

      SO ORDERED.

Dated: September 25, 2020                  _____
      New York, New York                           JESSE M. FURMAN
                                                        United States District Judge