**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL ZARABI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-07926-JMF |
| Plaintiff, | |
| v. | |
| GOLAR LNG LIMITED, IAIN ROSS, and EDUARDO NAVARRO ANTONELLO, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Zarabi ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice to his ability to participate as a class member in any other class action alleging substantially similar claims against the defendants herein. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

Respectfully submitted,

DATED: December 7, 2020

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

and

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Daniel Zarabi*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

**<u>PROOF OF SERVICE</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 7, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2020, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh
