## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ZARABI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLAR LNG LIMITED, IAIN ROSS, and EDUARDO NAVARRO ANTONELLO,<br><br>Defendants. | Case No. 1:20-cv-07926-JMF |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Zarabi ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice to his ability to participate as a class member in any other class action alleging substantially similar claims against the defendants herein. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

Respectfully submitted,

DATED: December 7, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Gregory B. Linkh
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

and

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Daniel Zarabi*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

---

All motions are moot. All conferences are vacated. Movant Richard T. Brown's motion for appointment as lead plaintiff and for appointment of Glancy Prongay & Murray LLP as lead counsel, ECF No. 8, is deemed withdrawn. *See* ECF No. 12. The Clerk of Court is directed to terminate ECF No. 8 and terminate this case. SO ORDERED.

December 8, 2020

1